## Alabama Great Southern Railroad *v.* Wilds, Admrx.

APPEAL from the County Court of Tuscaloosa.
Tried before the Hon. J. J. MAYFIELD.

SMITH & WEATHERLY, for appellants.

VANDEGRAAF & VERNER, for appellee.

This was an action brought by the appellee, Fannie E. Wilds, administratrix of the estate of W. H. Wilds, deceased, against the Alabama Great Southern Railroad Company, to recover damages for the alleged negligent killing of the plaintiff's intestate. From a judgment in favor of the plaintiff the defendant appeals.

The cause was settled by agreement of parties, and the appeal dismissed.

Opinion PER CURIAM.